Case 7:24-cv-00378   Document 1   Filed on 09/17/24 in TXSD   Page 1 of 12

United States Courts
Southern District of Texas
FILED
September 17, 2024
Nathan Ochsner, Clerk of Court

U.S. District Court of Texas
Southern District Division
Mc Allen, Texas

| | |
|---|---|
| Joseph D. Gilberti, P.E. | Case No: _____ |
| Plaintiff, | Complaint: Demand for Jury |
| v. | "Organized Fraud" |
| | [ Water Supply Engineers ] |

Elon Musk; Mark Cuban; Donald J. Trump; Kamala Harris; World Economic Forum; Environmental Protection Agency (EPA); U.S. Congress; U.S. Senate; Department of the State; Board of Broadcasting Governors; Space X; National Aeronautical Space Academy (NASA); World Bank; BRICS Bank; Blackrock Investments, Inc.
        Defendants.

Organized Fraud, Dissimination and Racketeering against the United States

Comes Now, Plaintiff, Joseph D. Gilberti, P.E., pursuant to FRAP hereby files a complaint on defendants for a "systematic ongoing attack" on the USA/Nations to hide "Global Primary Water" access (ENDLESS) "Antioxidant Spring Water/Deep underground Oceans" to Taps of United States/Nations, with an ongoing "Organized Fraud" and Media dissimination to suppress the Global knowledge since 2012 with Florida/DC Leaders/DOJ. ① Reasons for the Complaint are as follows:
+ USA FUN

## I. Facts

(1) Plaintiff is a 30yr licensed Professional Engineer in Florida (PE#56079) with extensive Florida, Carribbean and USA/Global experience in massive developments to local permitting of Civil/Infrastructure Planning, Engineering and Consulting Services. Has worked with the largest and most powerful Engineering firms on Earth as far back as 1990's on Ports, Harbors, DOT, ACOE and Land Development Regional Projects.

(2) Plaintiff has been subdued by a massive "organized attack" by Defendants to steal his proprietary work, lands, projects with Federal and USA/Florida Judges, Ron Desantis, Obama, Trump, Harris, Biden, Congress, Defendants with fabricated AR-15 emails, timed "Footstrike Events" using H.R.5736, in a "Judash Facist" attack, to hide two major projects in Florida and New Jersey/New York to bring much lower water/power bills with a MUCH HEALTHIER (ENDLESS) water supply/Level of Service (LOS).

(3) Defendants passed H.R. 5736 on May 10, 2012, with Smith Mundt Act Mod of 2012, together with Title 22 USC/1461-1a to attack Plaintiff and the United States to Disseminate Global "Drinking Water" (Global) Access and continue Water Wars, Wars, Migration increases, Oppressions, rising costs of Food, Health Risks and Corruption/Gov. Walks/Shutdowns.

(4) Defendants have worked together to Disseminate Plaintiffs (Musk ELON) Technical, Scientific and Engineering work with Twitter/X, Media, Board of Broadcasting Governors/Presidents/Dept of State with Title 15 USC(§§1151-1157) - Disseminations; Title 18 USC(§241-242 §371) Conspiracy to Defraud USA/UN, (2) Resources available to Trips/Nations.

## I. Facts (cont.)

(5) Defendants have known of Plaintiff's unique "Medieval Water" supply at Cecil Daughtrey Ranch, 2000ft below, at 9438 Daughtrey Road, Sarasota, FL 34266. Showing access to pure, ENDLESS, contaminant free Alkaline Spring Water, with TREMENDOUS CAPACITY to maintain MASSIVE TRANSMISSION WATER SUPPLY Pipes from Tampa to Miami, in FDOT Permit since 2012. See Gilberti "Closer to the Heart" 300mile Blue Gold Transmission plans at www.GilbertiBlueGold.com© and FDOT Dist 1, 4, 5, 6 & 7, in Florida. Water Readings show highest reading for Human Health on Earth with Calcium at 118 mg/L, Magnesium 78 mg/L, pH = 7.49 with Chlorides less than 205 mg/L at TOP OF PIPE. Much healthier Confidential Readings at 1109' in Lower Floridan from Tilted Platform from KT Event (Yucatan Meteor Impact).

(6) Many more locations along Southern Border States hidden by Defendants in Mexico, Texas, California, Arizona and now in New Jersey at Washington Rock. See documents filed in Florida Cir 15, Palm Beach (COMPLAINTS) via Gilberti v. George Bush, et al CASE 50-2023-CA-16963-MB. See Gilberti v. Council of National Defense, et al (MANDAMUS) for "Revitalization of National Defense for Florida Peninsula" per Title 50 USC § 3. Played by Federal Judge Barber while Sarasota Sheriff Hoffman, Judge Ladar attack Plaintiff with illegal incarcerations to suppress the US Resource with Defendants in an "Ongoing Systematic scheme to Defraud USA" And more. See Gilberti v. United Nations, et al for New Jersey/New York Transmission hidden by Mayor Adams (3) and a 9-11 Sarasota Connection. group.

## II. Jurisdictional Statement

(7) This Court has jurisdiction per Title 18 § 241-242; § 371; Title 22 (§§ 1461-1464b); Title 15 (§§ 1151-1157); Title 42 § 1985; Title 50 § 3; Title 28 § 535; Title 42 (§§ 10301-10310) § 4321; Title 50 (§§ 3021-3030). Where collectively Defendants have Disseminated, Defrauded the United States from Global Water Supply/Origins knowledge with Obama, Trump, Biden, Harris And/Congress/NASA/EPA Media with Propaganda while Attacking Plaintiff, stealing his work, Land, rights, technical/Engineering while suppressing all online data, shutting down Twitter/X over 3x times at critical investment on Elections. Helping Troops, Sarasota, DeSantis Attack his family with "cocky" Fantastic events using a long time tactic with Title 22 USC § 1461-1a and Smith Hundt Act Mod of 2012 via H.R. 5736; Propaganda/Fake News.

## III. Parties to the Case

(8) Plaintiff is doing business in Florida and across the USA and other Nations to promote "Primary Water" access to end Hunger, Wars, migrations, oppression. See Gilberti v. Fed Reserve, et al, Gilberti v. CDC, et al and Gilberti v. Pentagon, et al, Gilberti v. United Nations, et al, Gilberti v. Trump, et al. and Gilberti v. Secret Service, et al; Gilberti v. National Guard, et al.

(9) Defendants do business in Florida, Texas, USA/other Nations, to hide "primary water" and build desalinization/Treated Low level of Service Water to create Wars, migration, oppression hiding/attacking Plaintiff 12yrs ongoing. (4)

## IV. Complaint and Allegations

(10) Plaintiff hereby asserts the following allegations by Defendants who collectively have worked to subdue, attack, suppress the 'Primary Water' knowledge, Engineering Plans, source locations in both Florida, NJ/New York, and across the USA, southern border and Middle East. Defendants create Global Crisis affected by Dissemination, media monopoly control and ultimately Defrauding the USA/Plaintiff, with their positions of influence in the Media.

(11) The following Counts are as follows:

(9) Count I - Title 15 USC - Dissemination of Engineering, Technical and Scientific Data to 'Primary Water'

(12) Defendants have purposely hidden Plaintiff's work by paying off Judges, Campaign contributions for past 17yrs in Tampa, Sarasota, Texas, DC Lee, Broward, Dade, Palm Beach to get Plaintiff's deeds. Defendants have used Judge Donna Marie Padar, Judge Walker, Carroll and 16 more subpoenaed in CNE 12 CASE 2021 CF 07559 NC State v. Gilbert and all cases in Hillsborough County, Lee, Broward, Dade, DC, NY, AZ, California to hide the benefits in "Primary Spring Water" to Taps, New Medicine, New Fusion in new Water Mixtures.

(13) Defendants are still influencing media and hiding the Statewide/USA Permits and Assisting a group in Tampa/Sarasota Call. T2 Partners, LLC with their local Commissioners in "Tampa Bay Water Authority" and "Peace River Manasota Regional Water Authority" since 2012 with Rick Scott, Obama, Trump, Bush, Clinton consortiums. And still have NOTHING! Just keep attacking w/Padar. (5)   See Gilbert v. Padar, et al (Fed).

<u>Count 2 - Title 22 USC §(1461-1a)</u>
<u>Dissemination in Media/Propaganda with H.R. 5736 (2012)</u>
<u>Approved the Week Plaintiff exposed Resource.</u>

— (14) Defendants with Rex Thornberg (TX) passed Smith Mundt Act Mod of 2012 on USA to Attack/Defame the Public and timed (year later) the Boston Marathon Explosion hoax with an FDEP Jog Torch Run email with Greenberg Traurig. Greenberg Traurig Corruption (hired by Plaintiff on land in 2011) includes Epstein case, Bush/Gore recount, online gambling, Monica Walinsky dress w/ Clinton impeachment; and represents Mosaic Phosphate next door to Plaintiff's lands with 22,000 acres attempting to destroy the Aquifer with Defendants, with mining companies. See <u>Peace River/Manasota v. IMC Industries/Mosaic/ACOE (2009)</u>. [NDAA]

— (15) Defendants purposely deleted Plaintiff accounts to steal his META DATA knowledge timed with illegal arrest to obtain a land grab. Today Judge Pador in Sarasota with Sarasota County tie in of 'Fraud Transfer' in case (CIR 12) 2011 CA 04209 NC, 72 Partners v. Cecil Daughtrey on Oct 5, 2020 sale. Fraud Transfer switched out 2380 acres to 45 acres, stole $5,000,000 in tax base while illegally arresting Plaintiff with Sheriff Hoffman/Pador. See (DIN 197) <u>Case 2019 CA 04532 NC, Gilberti v. 72 Partners</u> and <u>72 Partners v. Gilberti/FBI case 2021 CA 1009 NC.</u>

— (16) Defendants have suppressed Gilberti KT Hypothesis, access to 'Primary Water' (SEE EXHIBIT 'A') to Maintain Wars in Middle East and Migration in US Southern Border. New Access means new Cities/Food and (6) Power/Agriculture answers.

Exhibit 'A' - Water Origins (New)
become "Oceans beneath Earth"
Access via "Gilberti KT Hypothesis"

[Diagram with labels:]
- Fusion, Sun, H+ (Hydrogen), Solar Energy
- (Yucatan) Meteors/Minerals - Comets give access
- KT Tilted Platforms Impact Meteor
- Land
- "Primary Water" - Fresh Antioxidant Spring Oceans
- Oceans
- 22 mile Crust
- Mantle
- Lithosphere
- OH−
- Asthenosphere
- Mesosphere / Outer Core
- 1% OH− (Ringwoodite) Blue Diamond
- Inner Core / Iron / Nickel
- Earth Center (NTS)
- "Pure" Steam into Crust/Earth "Endless"

Thank Jesus.

Water Origins: $H^+ + OH^- = 2H_2O + Ca + Mg + mix$ ("God's Gifts" / NEW WATER ENDLESS)
  Sun    (Core)

Gilberti KT Hypothesis - Yucatan Meteor Impact (KT Event)
Written 4-3-2013           tilts Florida Platform accessing
by Joe Gilberti PE         Ocean beneath Earth; hidden 50yrs
PE#56079 - Florida         for Eugenics, oppression, wars by
                           EPA/USGS and Title 22 USC - Propaganda
      9-11-24              Smith-Mundt Act 1948/2012 Mod.

NOTE:
① No $ needed for Endless 'Primary Water' access from Historic Meteors, Buried Faultlines/Volcanoes to end Wars, Hunger & Oppression.

(7)

<u>Count 3 - Defendant Conspired to
Defraud the United States of Endless
New "Primary Water" for Cities/States/Nations</u>
"Title 18 § 371 and Title 42 USC".

- (17) Plaintiff was hired on Daughtry Property in Sarasota for a Mining permit and Fly-in community by Tim Mapp (Mapp Realty) and Dr. <u>William Sidney King</u> of Sarasota Memorial/Cardiac Hospital, for $400,000 <u>Engineering/Consulting/Planning services</u>. Both clients had numerous offers/calls by Texas Mark Cuban for a $50,000,000 cash deal/land trade with Daughtry near the access which Plaintiff had no knowledge of 2000ft below from 2006-2011.
- (18) Defendants with Mosaic Phosphate/Cargill and Greenberg Traurig began an attack with a 22,000 acre purchase next door using Tampa/Sarasota DOJ/Commission. See <u>Gilberti v Trump, et al</u> which includes Biden, Harris, etc. See related cases. See Sarasota case: <u>Land Tech Design Group, Inc. v. Eagle Feather, LLC (2009)</u>
- (19) Defendant are still attempting with illegal incarcerations on Plaintiff with Judge Pardon and 4 Region (+100 Lawyers/Judges) to conspire against USA per Title 18 § 241-242 § 371.
- (20) Defendants/Courts can verify unique medicinal water permitted at Florida Department of Environmental Protection (FDEP) and FDOT Dist 1, 4:6 per Title 50 § 3 to mitigate Railroads/I-75 waterway for National Defense. See <u>Gilberti v. Counsel of National Defense</u>, et al (see sketches + websites).
<u>See Exhibit "B"</u> - "Reutilization of National Defense for USA/Florida Peninsula"      (8)

Exhibit 'B' - Title 50 USC § 3. *the Dept.*
"Revitalization of National Defense for the Florida Peninsula"
Hidden by Defendants 12yrs
"Organized Fraud"                    GILBERTIBLUEGOLD.com

- CENTCOM
- Navy Ports (Fuel)
- Tampa Port
- Hillsborough Cnty
- I-75 (N)
- Manatee Cnty
- "Primary Water Access"
- 9438 Daughtrey Road, Sarasota FL 34266
- (Nasty) Peace River
- Manatee Port (widen)
- (Lakewood Ranch) (1991) Loop Option
- (9-11 Connection) SARASOTA (TERRORIST) Judges/Cops
- NORTH PORT
- SR 72
- CARLTON WTP
- SARASOTA CNTY
- Arcadia
- (2) 9'+6' Dia pipes (Spring water)
- DESOTO CNTY
- (Atlantic Ocean)
- R.V. Griffin (Peace River WTP)
- (Gulf of Mexico)
- I-75 Widen (10-Lane) (5 NEW R/R Tracks) FDOT DIST I
- Florida Peninsula
- Charlotte Harbor
- Prop. (2) 9' Dia Pipes on old CSX R/R
- OBAMA GE/Dow Chemical GMO Blue-Green Algae GAME
- Punta Gorda
- Charlotte Cnty
- Tracks (new)
- (2) High Speed (3) Supply Chain
- Caloosahatchee River
- Lake Okeechobee
- SOUTHERN BLVD
- Navy Fleets
- Port of Palm Beach
- SR 80
- US HWY 27
- (1) 9' Dia Pipe + High Speed
- ALLEY Rails
- SR 84
- 595
- Port Everglades (Ft. Lauderdale)
- TAKE OUT EMINENT DOMAIN
- WATER TO PORTS (TIP)
- Port of Miami
- SOUTHCOM ARMY

NOTE: ① Title 50 § 3. Duty
② Alkaline Housing Boom
③ CENCOM to SOUTHCOM
④ NEW! Ft. Myers ... Fusion/Water
⑤ Healthcare/Sustainable ... Naples
⑥ Global/USA Knowledge

www.GilbertiBlueGold.com

LANDTECH DESIGN GROUP
813-470-6000

(9)

## Request for Relief

(21) Plaintiff request relief from all counts 1, 2 and 3 in the sum of $50,000,000,000 Billion dollars to put toward new USA infrastructure to Primary Water, Gilbert's Engineering Plans and 12yrs of damages against USA/Gilbert and THE PEOPLE. Each state gets $1,000,000,000 Billion/State to begin research and construction; Feed Americans v. Talk!!

(22) Plaintiff request all Social Media by Elon Musk DELETE all Porn, LBGTQ and replace it with "Primary Water Access" Knowledge to help the Children. Remove ALL NEGATIVE NEWS and School Shooting News to avoid 'copy cat' crimes. No negative Dissemination/Data pushing.

(23) Plaintiff ask all Defendants to investigate Florida/DC DOJ for 12yrs of attacks to suppress Plaintiff work/rights/Land status. Arrest all Florida Sheriffs, Cops, FBI, Judges attacks today and back to 2011, with Greenberg Traurig and T2 Partners LLC.

(24) Pass all knowledge to Middle East, China, India and Mexico to help Migrants see the Knowledge and build in desert regions.

(25) Help Humanity v. Attack everyone with Lies, Hate, Fake News by coming together; Quit attacking with Mind Wars/ Hte 5736 must be reported with all Title 22 USC.

## Conclusion

(26) Wherefore Plaintiff prays this court will grant all relief and move to a Professional Evidence hearing with all Defendants to expose Media/EPA Dissemination on Earth's True Water Origins/access to 'Primary Water'. Help spread new knowledge Plaintiff provided Humanity.

(10)

## Conclusion (cont.)

- (27) Plaintiff request Trump, Harris and World/BRICS bank begin to dismantle Federal Reserve/EPA due to attacks and All Title 22 USC; Consider Relief per Gilberti v. Federal Reserve, et al while arresting all Supreme Court Judges and Disconnect from their Empire of the City coup, attacking USA/Nations.

- (28) Plaintiff request his New Jersey/New York project begin immediately per Argument Plans on Gilberti v. United Nations and more clearly on Gilberti v. George Bush et al in Palm Beach (DOWNLOAD STUDY) CIR 15 CASE 50-2023-CV-016963-MB Arrest Sarasota Judge Donna Mare Padar with Defendants And Pardon all Plaintiff Charges from 2011 to 2024. Detain all Florida Sheriffs from Tampa to Broward County. See Gilberti v. Cruz, et al via Smith Mundt Act fraud with Parkland Marjorie Stoneman Douglas Shooting and Plaintiff FDEP Inclusion Application in Tallahassee at Marjorie Stoneman Bldg 17 days prior.

### Certificate of Service

On Sept 11, 2024, Plaintiff mailed the forgoing by US Mail to 1701 US 83 Bus, McAllen, Tx 78501.

cc/FBI/DHS/US House/
Colleges/Media/UN/CDC

Joseph D. Gilberti, P.E. #2024-2237
Sarasota Jail
2020 Main Street
Sarasota, FL 33436

(11)

