UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **JOSEPH D. GILBERTI,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:24-CV-00378 |
| | § | |
| **ELON MUSK,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the March 12, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Nadia S. Medrano. (Dkt. No. 8). Judge Medrano made findings and conclusions and recommended that this action be dismissed for failure to prosecute under Federal Rule of Civil Procedure 4(b). (*Id.* at 1–3).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Medrano's M&R, (Dkt. No. 8), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) This action, (Dkt. No. 1), is **DISMISSED with prejudice**.

It is SO ORDERED.

Signed on April 2, 2025.

                                                            **DREW B. TIPTON**
                                      **UNITED STATES DISTRICT JUDGE**